Kathryn Tassinari, OSB# 80115
Robert A. Baron, OSB# 89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'06 FEB 16 16:05USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BOBBY HAMPTON, | ) |
| | ) Civil No. 05-6073-PK |
| | ) |
| vs. | ) |
| | ) ORDER FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART, | ) FEES PURSUANT TO EAJA |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

After considering the stipulated Motion for entry of an order awarding attorney's fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted in the sum of $3,357.22 as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 16th day of February, 2006.

U.S. ~~District~~ Judge
MAGISTRATE

PRESENTED BY:

By: Kathryn Tassinari, OSB#80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA